MANUFACTURERS TRUST COMPANY, as Committee of the Estate of MARTHA G. GRAY, an Incompetent Person, Appellant and Respondent, *v.* ROBERT L. GRAY, Respondent and Appellant.

Argued February 28, 1938; decided March 2, 1938.

*Harold M. Kennedy* for motion.
*Alexander U. Zinke* opposed.

Motion denied, with ten dollars costs.